**CAMPBELL v. STATE.**

No. 15277.

Court of Criminal Appeals of Texas.

April 27, 1932.

J. D. Pickett and B. R. Reeves, both of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for driving an automobile upon a public highway while intoxicated; punishment, a fine of $500.

We find in this record an affidavit by the sheriff showing that pending this appeal appellant has died. In such case this court loses jurisdiction.

The appeal is dismissed.